AO 442

# United States District Court

**SEALED** 

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Kingston et al**

2018 AUG 27 P 12: 32

## WARRANT FOR ARREST
DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

CASE NUMBER: 2:18-cr-365 -001 JNP

To: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest _____ **JACOB ORTELL KINGSTON** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information
[ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Aiding and Assisting in the Filing of a False Return and Money Laundering**

in violation of **26:7206(2) and 18:1956(a)(1)(B)(I) and 18:1957** _____ United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Julie Wierschem | August 1, 2018 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Julie Wierschem  Deputy Clerk | |

**WARRANT**

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/3/18 | Jamie Hipwell | *(signature)* |
| DATE OF ARREST | | |
| 8/23/18 | Special Agent | |