# EXHIBIT 1

# Sally Kingston

**From:** Jacob Kingston
**Sent:** Tuesday, August 21, 2018 12:30 PM
**To:** Sally Kingston; Joseph Kingston; Jacob D. Kingston
**Subject:** Fwd: Travelocity travel confirmation - Aug 23 - (Itinerary # 7374707490432)

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Travelocity.com" <email@e.travelocity.com>
Date: 8/20/18 6:40 PM (GMT-07:00)
To: Jacob Kingston <████████████>
Subject: Travelocity travel confirmation - Aug 23 - (Itinerary # 7374707490432)



## Thanks!

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

### Istanbul

Aug 23, 2018 - Sep 7, 2018

---

**Because you booked a flight, you qualify for up to 54% off Istanbul hotels.**

Expires Fri, August 31

[ See hotels ]

---

1

See live updates to your itinerary, anywhere and anytime.

[ See your itinerary ]  [ Download to your Phone ]

## Before you go

- **E-ticket:** This email can be used as an E-ticket.
- All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
- Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page (Opens a new window).
- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

**Contact the airline to confirm:**
- specific seat assignments
- special meals
- frequent flyer point awards
- special assistance requests

> All electronic devices, except most mobile phones, are banned from passenger cabins on certain flights to the US and UK, and must be put in checked baggage. Please contact the airline for additional details.

## Flight overview



Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Confirmation**
N8MPPF (KLM)

**Ticket #**

**Travel dates**
Aug 23, 2018 - Sep 7, 2018

**Itinerary #**
7374707490432

2

0067174421105 (JACOB KINGSTON)
0067174421107 (SALLY KINGSTON)
0067174421109 (Joseph Kingston)
0067174421111 (Kayla Kingston)
0067174421113 (Jacob Daniel Kingston)
0067174421115 (Jenny L Kingston)

Change or cancel this reservation



# Departure

Thu, Aug 23

KLM 6026 operated by DELTA AIR LINES INC

**Salt Lake City (SLC)**
Airport check-in with Delta
3:08pm
**Terminal:** 2

→ Amsterdam (AMS)
9:15am +1 day
Arrives on Aug 24, 2018

**Cabin:** Economy / Coach (U)
10h 7m duration

⏲ 2h 25m stop Amsterdam (AMS)

KLM 1613

**Amsterdam (AMS)**
11:40am

→ Istanbul (IST)
4:00pm
**Terminal:** I

**Cabin:** Economy / Coach (Y)
3h 20m duration
**Seat:** 14F, 14E, 14D, 15F, 15E, 15D | Confirm or change seats with the airline*

3

**Total Duration**

15h 52m

# Departure

Sat, Sep 1

KLM 2758 operated by ATLASJET AIRLINES INC.

**Istanbul (IST)** → **Amsterdam (AMS)**
Airport check-in with AtlasGlobal          1:20pm
10:40am

**Cabin:** Economy / Coach (Y)
3h 40m duration

⏱ 7h 30m stop Amsterdam (AMS)

KLM 809

**Amsterdam (AMS)** → **Kuala Lumpur (KUL)**
8:50pm                                      2:50pm +1 day
                                            **Terminal:** M
                                            Arrives on Sep 2, 2018

**Cabin:** Economy / Coach (U)
12h duration
**Seat:** 23K, 23J, 23H, 23G, 23F, 23E | Confirm or change seats with the airline*

**Total Duration**

23h 10m

4



# Departure

Thu, Sep 6

KLM 810

**Kuala Lumpur (KUL)** → **Amsterdam (AMS)**
11:20pm                              6:00am **+1 day**
**Terminal:** M                      Arrives on Sep 7, 2018

**Cabin:** Economy / Coach (H)
12h 40m duration
**Seat:** 35K, 35J, 35H, 35G, 35F, 35E | Confirm or change seats with the airline*

⏱ 4h 20m stop Amsterdam (AMS)

KLM 6027 operated by DELTA AIR LINES INC

**Amsterdam (AMS)** → **Salt Lake City (SLC)**
10:20am                              1:08pm
                                     **Terminal:** 2

**Cabin:** Economy / Coach (H)
10h 48m duration

# Total Duration

27h 48m

# Traveler(s)

**JACOB KINGSTON**
Delta SkyMiles ▮▮▮▮▮▮

5

**SALLY KINGSTON**
KLM Flying Blue ▇▇▇▇

**Joseph Kingston**
No frequent flyer details provided

**Kayla Kingston**
No frequent flyer details provided

**Jacob Daniel Kingston**
No frequent flyer details provided

**Jenny L Kingston**
No frequent flyer details provided

Frequent flyer and special assistance requests should be confirmed directly with the airline.

## Price summary

Traveler 1: Adult $4,088.21
Flight $3,386.00
Taxes & Fees $702.21

Traveler 2: Adult $4,088.21
Flight $3,386.00
Taxes & Fees $702.21

Traveler 3: Adult $4,088.21
Flight $3,386.00
Taxes & Fees $702.21

Traveler 4: Adult $4,088.21
Flight $3,386.00
Taxes & Fees $702.21

Traveler 5: Adult $4,088.21
Flight $3,386.00
Taxes & Fees $702.21

Traveler 6: Adult $4,088.21
Flight $3,386.00



# Bodrum

Aug 24, 2018 - Aug 24, 2018 | Itinerary # 7375216939040

## Istanbul (IST) → Bodrum (BJV)
Aug 24, 2018 - Aug 24, 2018 , 6 one way tickets

**CANCELLED**

This reservation has been fully cancelled. The timing of your refund is dependent on the airline and bank or credit issuer, and may take one or two billing cycles to appear on your credit or bank statement. We're sorry your plans didn't work out. When ready to book a new trip, we'll be happy to help.

### Traveler Information

| | | |
|---|---|---|
| Jaocb Kingston<br>Adult | Delta SkyMiles | Ticket #<br>2357175265227 |
| Sally Kingston<br>Adult | Delta SkyMiles | Ticket #<br>2357175265228 |
| Jacob Jr Kingston<br>Adult | No frequent flyer details provided | Ticket #<br>2357175265229 |
| Jenny Kingston<br>Adult | No frequent flyer details provided | Ticket #<br>2357175265230 |
| Joseph Kingston<br>Adult | No frequent flyer details provided | Ticket #<br>2357175265231 |
| Kayla Kingston<br>Adult | No frequent flyer details provided | Ticket #<br>2357175265232 |

### Price Summary

| | |
|---|---|
| Traveler 1: Adult | $251.50 |
| Flight | $219.00 |
| Taxes & Fees | $32.50 |
| Traveler 2: Adult | $251.50 |
| Flight | $219.00 |
| Taxes & Fees | $32.50 |
| Traveler 3: Adult | $251.50 |
| Flight | $219.00 |
| Taxes & Fees | $32.50 |
| Traveler 4: Adult | $251.50 |
| Flight | $219.00 |
| Taxes & Fees | $32.50 |
| Traveler 5: Adult | $251.50 |
| Flight | $219.00 |
| Taxes & Fees | $32.50 |
| Traveler 6: Adult | $251.50 |
| Flight | $219.00 |
| Taxes & Fees | $32.50 |
| **Total:** | **$1,509.00** |

All prices quoted in US dollars.

### Additional Flight Services

- The airline may charge additional fees for checked baggage or other optional services.

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Aug 24, 2018 - Departure Nonstop**  Total travel time: 1 h 25 m


| Istanbul | Bodrum | 1 h 25 m |
| IST 9:10pm | BJV 10:35pm | |
| Turkish Airlines 2524 | | |
| Economy / Coach (Y) | Confirm seats with the airline\* | |

**Airline Rules & Regulations**

- We understand that sometimes plans change. We do not charge a