SAMUEL ALBA (0031)
P. MATTHEW COX (9879)
NATHAN A. CRANE (10165)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
Email: sa@scmlaw.com
Email: pmc@scmlaw.com
Email: nac@scmlaw.com
Email: rsy@scmlaw.com

*Attorneys for Davis County Cooperative, Fidelity Funding, World Enterprises, PPMC, Inc., Standard Industries, ABM, Inc., Security Funding, MBSC, LLC., and COP Coal Development Company*

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN 18 2019

D. MARK JONES, CLERK
BY_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB KINGSTON, ISAIAH KINGSTON, and LEV DERMEN,**<br><br>**Defendants.** | **MOTION FOR EXPEDITED RULING ON MOTION TO STAY ORDER DENYING MOTION TO PREVENT PRODUCTION OF SEIZED DOCUMENTS**<br><br>Case No. 2:18-CR-000365<br><br>Judge Jill Parrish<br><br>Magistrate Judge Brooke C. Wells |

Davis County Cooperative, Fidelity Funding, World Enterprises, PPMC, Inc., Standard Industries, ABM, Inc., Security Funding, MBSC, LLC., and COP Coal Development Company, by and through counsel, hereby requests an expedited ruling on their Motion to Stay the Court's Order Denying Motion to Prevent Production of Seized Documents. An expedited ruling is

warranted in light of the irreversible harm producing the documents in compliance with the Order would impose on Defendants, which is set forth more fully in their Motion to Stay.

DATED this 18th day of January, 2019.

SNOW CHRISTENSEN & MARTINEAU

/s/ Samuel Alba
Samuel Alba
P. Matthew Cox
Nathan A. Crane
Scott Young
*Attorneys for Attorneys for Davis County Cooperative, Fidelity Funding, World Enterprises, PPMC, Inc., Standard Industries, ABM, Inc., Security Funding, MBSC, LLC., and COP Coal Development Company*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of January, 2019, I caused to be served a true copy of the foregoing **MOTION FOR EXPEDITED RULING ON MOTION TO STAY ORDER DENYING MOTION TO PREVENT PRODUCTION OF SEIZED DOCUMENTS** by the method indicated below, to the following:

| | |
|---|---|
| Arthur J. Ewenczyk (arthur.j.ewenczyk@usdoj.gov) | ( ) U.S. Mail, Postage Prepaid |
| John E. Sullivan (john.e.sullivan@usdoj.gov) | ( ) Hand Delivered |
| Leslie A. Goemaat (leslie.a.goemaat@usdoj.gov) | ( ) Facsimile |
| Richard Rolwing (richard.m.rolwing@usdoj.gov) | ( ) E-file |
| Tara L. Isaacson (tara@bilaw.net) | (X) Email |
| Walter F. Bugden (wally@bilaw.net) | |
| Marc A. Agnifilo (magnifilo@braflaw.com) | |
| Teny R. Geragos (tgeragos@braflaw.com) | |
| Scott Williams (scwlegal@gmail.com) | |
| Jon D. Williams (jwilliam@lawyer.com) | |
| Mark J. Geragos (mark@geragos.com) | |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Samuel Alba*

4845-4553-2294, v. 1