IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER OVERRULING OBJECTION** |
| v. | Case No. 2:18-cr-00365-JNP-BCW |
| JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON | District Judge Jill N. Parrish |
| Defendants. | |

A number of entities that have intervened in this criminal case have objected to magistrate judge Wells's order denying a motion to halt the production of discovery to the defendants. [Docket 162.] Where a party objects to a non-dispositive decision, district courts must employ a "clearly erroneous or contrary to law" standard of review. 28 U.S.C. § 636(b)(1)(A); *accord United States v. Weston*, No. 2:06-CR-303, 2007 WL 1555798, at *2 (D. Utah May 22, 2007). Under this deferential standard, the court will affirm a magistrate judge's ruling unless the court, exercising independent judgment, "is left with the definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948); *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988).

After careful review of the relevant authorities, the intervenors' objection, and the record, the court concludes that the magistrate judge's order denying the motion to halt discovery is neither clearly erroneous nor contrary to law. The intervenors' objection is OVERRULED.

Signed January 29, 2018.

                              BY THE COURT

                              _____

                              Jill N. Parrish
                              United States District Court Judge