AO 442

# United States District Court
for the
District of Utah

| UNITED STATES OF AMERICA | |
|---|---|
| V. | Case No.: 2:18-cr-00365-JNP-BCW |
| Kingston et al | |

**FILED**
U.S. DISTRICT COURT
2019 JAN 31 ᗡ 1: 11
DISTRICT OF UTAH
BY:_____
CLERK

## ARREST WARRANT

**ORIGINAL**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  **JACOB O. KINGSTON**,
who is accused of an offense or violation based on the following document filed with the court:

- [ ] Indictment
- [X] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

This offense is briefly described as follows:

Conspiracy to commit mail fraud ; Willfully Aiding and Assisting in the Filing of a False Claim; Conspiracy to Commit Money Laundering Offenses; Conspiracy to Commit Money Laundering Offenses ; Conspiracy to Commit Money Laundering Offenses ; Money Laundering ; Conspiracy to Commit Obstruction of Justice Offenses; Destroying and Concealing Records and Objects; Tampering with a Witness

in violation of  18:1349; 26:7206(2) (2-20ss); 18:1956(h) (23-25ss); 18:1956(a)(1)(B)(i) (27ss-29ss); 18:1956(a)(1)(B)(i) (31-32ss); 18:1957 (33-34ss); 18:1512(k) ; 18:1512(c)(1); 18:1512(a)(2)  United States Code.

D. Mark Jones
Name of Issuing Officer
_____
Signature of Issuing Officer

By:   Jennifer Stout
      Deputy Clerk

Clerk of Court
Title of Issuing Officer

January 17, 2019 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/18/19 | B. Kozur | _____ |
| DATE OF ARREST | CIDnsr | |
| 1/31/19 | | |