IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>   Defendants. | **ORDER TO APPOINT CONFLICTS COUNSEL**<br><br>Case No. 2:18-cr-00365-JNP-BCW<br><br>District Judge Jill N. Parrish |

The court has been made aware of potential conflicts of interest regarding counsel for defendants Jacob Kingston and Lev Dermen. The court ORDERS the appointment of independent counsel to represent these defendants for the limited purpose of advising them with respect to these potential conflicts. Appointed conflicts counsel shall advise defendant Kingston and defendant Dermen regarding the potential risks and ramifications of such potential conflicts of interest and the possible negative consequences of waiving the potential conflicts and moving forward with their current defense counsel. The court will hold a hearing regarding the conflicts issue on April 12, 2019 at 1:30 p.m.

Signed April 2, 2019.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge