FILED
2021 JUN 10 AM 11:51
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>Defendants. | ORDER FOR THE GOVERNMENT TO RESPOND RE PROPERTIES INCLUDED IN FORFEITURE TRIAL<br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish |

The court ordered the government to prepare a list of properties at issue in the forfeiture phase of the jury trial and for defendant Dermen to respond to the proposed list. The government complied and provided a list of proposed properties. In the filing, the government stated that it had served a "Seventh Bill of Particulars" on Dermen. It appears that the government did not file the Seventh Bill of Particulars with the court.

In Dermen's response to the proposed list, he stated that "Mr. Dermen elects to include the entire list of properties listed in the government's forfeiture bill at his jury trial." But without access to the Seventh Bill of Particulars, it is not clear to the court which properties Dermen is requesting for inclusion in the jury trial.

Accordingly, the court ORDERS the government to file the Seventh Bill of Particulars with the court and to respond to Dermen's request to include all of the properties on the list in the jury trial. The government shall file its response by June 18, 2021.

DATED June 10, 2021.

                              BY THE COURT

                              _____
                              Jill N. Parrish
                              United States District Court Judge