# EXHIBIT Q

Entry No. 362578 WARRANTY DEED
09/30/2016 02:31:4? M B: 1290 P: 0191 Pages: 3
FEE $21.00 BY ECO RA
Chad Montgomery Box Elder County Recorder

WHEN RECORDED, MAIL TO:

ECO RANCHES
24050 N. 6000 W.
Plymouth, UT 84330

# Warranty Deed

WRE REAL ESTATE HOLDINGS, LLC, grantor,

of Salt Lake, County of Salt Lake, State of Utah,

hereby CONVEY and WARRANT to

ECO RANCHES, grantee,

of Plymouth, County of Box Elder, State of Utah,

for the sum of TEN and no/100------------------------------------------------------------- DOLLARS,
and other good and valuable consideration

the following described tract of land in Box Elder County, State of Utah, to-wit:

See Attached Exhibit "A"

WITNESS the hand of said grantor, this 14 day of ~~August~~ Sept 14, 2016

Signed in the presence of

By: [signature]
WRE REAL ESTATE HOLDINGS, LLC

STATE OF UTAH

COUNTY OF Salt Lake } ss.

On the 14 day of Sept 2016, personally appeared before me Jacob Kingston Who being by me duly sworn did say that he/she is the Manager of WRE Real Estate Holdings LLC and that the within and foregoing instrument was signed in behalf of said LLC by authority of a resolution of its members and said Manager duly acknowledged to me that said LLC executed the same.

Notary Public
RICHARD KINGSTON
Commission #689578
My Commission Expires
June 20, 2020
State of Utah

[signature]
Notary Public

EXHIBIT "A"
LEGAL DESCRIPTION

PARCEL 1:
Beginning 22 2/3 rods West of the North Quarter corner of Section 7, Township 14 North, Range 3 West, Salt Lake Meridian, thence running West 246 feet, thence South 17 rods, thence East 246 feet, thence North 17 rods, to beginning

LESS: Tracts deeded to Raymond G. Yaworsky and William D. Marsh.

PARCEL 2:
Beginning at a point 538 feet West of the North Quarter corner of Section 7, Township 14 North, Range 3 West, Salt Lake Meridian, thence West 82 feet, thence South 280.5 feet, thence East 82 feet, thence North 280.5 feet to beginning.

PARCEL 3:
Beginning at a point 374 feet West of the North Quarter corner of Section 7, Township 14 North, Range 3 West, Salt Lake Meridian, thence West 82 feet, thence South 280.5 feet, thence East 82 feet, thence North 280.5 feet to beginning.

PARCEL 4:
Beginning at a point 1321.95 feet South of the North Quarter corner, Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah; running thence East 3,300 feet, plus or minus, to center line of Samaria Ditch; thence North along the center line of said ditch to a point 330 feet North of Grantor's South property line; thence West to West boundary of Grantor's property; thence South 330 feet, plus or minus, to point of beginning. (Lying within Portage City limits)

PARCEL 5:
The North half of the Northeast Quarter of Section 7, Township 14 North, Range 3 West, Salt Lake Meridian.

LESS: The North half of the West half of the North half of the Northeast Quarter, Section 7, Township 14 North, Range 3 West, Salt Lake Meridian.

LESS: A part of the North half of Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah: Beginning at the North Quarter corner of Section 7 at a point West 34.8 feet from existing fence line; running thence North 89°57'38" East 2640.0 feet; thence South 0°28'34" West 660.0 feet; thence South 89°57'38" West 2640.0 feet; thence North 0°28'34" East 660.0 feet to the point of beginning.

Excepting therefrom: Beginning at the North Quarter corner of Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, and running thence South 216 feet; thence East 327 feet; thence North 216 feet; thence West 327 feet to the point of beginning.

Also excepting therefrom: That portion on the West of said property which lies within 8800 West Street.

LESS: Beginning at a point 1321.95 feet South of the North Quarter corner, Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah; running thence East 3,300 feet, plus or minus, to center line of Samaria Ditch; thence North along the center line of said ditch to a point 330 feet North of Grantor's South property line; thence West to West boundary of Grantor's property; thence South 330 feet, plus or minus, to point of beginning. (Lying within Portage City limits)

PARCEL 6

Beginning at a point 1321.95 feet South of the North Quarter corner, Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah; running thence East 3,300 feet, plus or minus, to center line of Samaria Ditch; thence North along the center line of said ditch to a point 330 feet North of Grantor's South property line; thence West to West boundary of Grantor's property; thence South 330 feet, plus or minus, to point of beginning. (Lying outside Portage City limits)

PARCEL 7:

The North half of the Northeast Quarter of Section 7, Township 14 North, Range 3 West, Salt Lake Meridian.

LESS: The North half of the West half of the North half of the Northeast Quarter, Section 7, Township 14 North, Range 3 West, Salt Lake Meridian.

LESS: A part of the North half of Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah: Beginning at the North Quarter corner of Section 7 at a point West 34.8 feet from existing fence line; running thence North 89°57'38" East 2640.0 feet; thence South 0°28'34" West 660.0 feet; thence South 89°57'38" West 2640.0 feet; thence North 0°28'34" East 660.0 feet to the point of beginning.

Excepting therefrom: Beginning at the North Quarter corner of Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, and running thence South 216 feet; thence East 327 feet; thence North 216 feet; thence West 327 feet to the point of beginning.

Also excepting therefrom: That portion on the West of said property which lies within 8800 West Street.

LESS: Beginning at a point 1321.95 feet South of the North Quarter corner, Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah; running thence East 3,300 feet, plus or minus, to center line of Samaria Ditch; thence North along the center line of said ditch to a point 330 feet North of Grantor's South property line; thence West to West boundary of Grantor's property; thence South 330 feet, plus or minus, to point of beginning. (Lying outside Portage City limits)

PARCEL 8:

The North half of the Northwest Quarter of Section 8, Township 14 North, Range 3 West, Salt Lake Meridian.

LESS: All land lying East of the West boundary of OSLRR right of way.

LESS: Beginning at a point 1321.95 feet South of the North Quarter corner, Section 7, Township 14 North, Range 3 West, Salt Lake Base and Meridian, U.S. Survey, BOX ELDER County, Utah; running thence East 3,300 feet, plus or minus, to center line of Samaria Ditch; thence North along the center line of said ditch to a point 330 feet North of Grantor's South property line; thence West to West boundary of Grantor's property; thence South 330 feet, plus or minus, to point of beginning.