# Exhibit B

# BOX ELDER COUNTY
## OFFICE OF THE COUNTY AUDITOR

ACCOUNT: R0034344  
PARCEL #: 080460002  
DIST: 192

DATE: 02/15/2022

N W R LTD PTRSHP  
3212 S STATE ST  
SALT LAKE CITY, UT 84115-3825

*************** **IMPORTANT** *************** **FINAL TAX SALE PENDING** ***************

According to our records, you are the owner of the property listed above. State law requires that properties with taxes delinquent for five years be offered for sale to cover those taxes, penalties and interest. Consequently, your property will be sold in a public sale on Thursday, May 19, 2022, unless payment is made in full before the sale begins.

Payment must be made for all delinquent property taxes, plus any penalties and interest, for all years delinquent on the parcel listed. Please make payment to the Box Elder County Treasurer. The table below shows the history of the delinquent taxes, interest, penalties and total due if paid by March 31, 2022. Additional administrative fees up to $275 will be assessed if not paid by March 31, 2022. If you believe our records are incorrect, please contact the Treasurer's office immediately at (435)734-3385. Payments can be made online at www.boxeldercounty.org/treasurer

ACCOUNT: R0034344

PLEASE RETURN PAYMENT TO:  
BOX ELDER COUNTY TREASURER  
1 SOUTH MAIN STREET  
BRIGHAM CITY, UTAH 84302

| YEAR | AD VAL/SPEC TAX | MISC | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|
| 2016 | $417,402.66 | $0.00 | $11,273.08 | $156,037.97 | $584,713.71 |
| 2017 | $28,893.71 | $0.00 | $6,123.30 | $59,024.33 | $94,041.34 |
| 2018 | $60,905.59 | $0.00 | $6,743.79 | $54,770.49 | $122,419.87 |
| 2019 | $28,523.37 | $0.00 | $5,674.84 | $22,057.80 | $56,256.01 |
| 2020 | $24,644.49 | $0.00 | $403.55 | $2,023.26 | $27,071.30 |
| 2021 | $27,021.52 | $0.00 | $675.54 | $247.73 | $27,944.79 |

The following is a legal description of the property:

SW/4 OF NW/4, N/2 OF SW/4 & NW/4 OF SE/4 OF SEC 17, T 14N, R 03W, SLM  
ALSO: E/2 OF NW/4 OF SD SEC.  
ALSO: S/2 OF SE/4 & SE/4 OF SW/4 OF SD SEC.  
LESS: R.R.

**Amount due if paid by 02-15-2022-------> $912,447.02**

N W R LTD PTRSHP