# Exhibit C


**BOX ELDER COUNTY**

<u>Make checks payable to:</u>
Box Elder County Treasurer
01 South Main Street
Brigham City, Utah   84302

Invoice Date: 11/15/2021
Invoice Date:   3/10/2022

N W R LTD PARTNERSHIP
3212 SOUTH STATE STREET
SALT LAKE CITY, UT 84115

POST AUDIT RECEIVED
NOVEMBER 12, 2021

Account #:   P0002096

| Description | | | Amount due: | **$ 1,404,661.82** |
|---|---|---|---|---|
| YEAR: | Audit BALANCES: | | | <u>3/10/22 w/penalty & interest</u> |
| 2021: | $ 176,796.91 | unpaid in 2021 | | $ 205,742.49 |
| 2020: | $ 203,828.63 | unpaid in 2020 | | $ 253,303.78 |
| 2019: | $ 226,484.47 | balance due | | $ 296,067.12 |
| 2018: | $ 219,506.67 | balance due | | $ 310,068.37 |
| 2017: | <u>$ 235,468.53</u> | balance due | | <u>$ 339,480.06</u> |
| | $1,062,035.21 | | | **$1,404,661.82** |

(FYI: *$31,543.57 was previously attached to parcel 08-046-0002 when unpaid in 2017, it is not included in this balance due.*)

AMOUNT due as of March 10, 2022         $   1,404,661.82
INFORMATION SOURCE:     Utah State Tax Commission, Property Tax Division
BILLING DEPARTMENT:     Box Elder County Assessor's Office
<u>PROPERTY ADDRESS:</u>
7950 WEST 24000 NORTH
PLYMOUTH, UTAH 84330

Unpaid. Appeal time lapsed. Please attach to parcel 08-046-0002

_____
Rodney Bennett, Box Elder County Assessor

March 14, 2022


**BOX ELDER COUNTY**

**Make checks payable to:**
Box Elder County Treasurer
01 South Main Street
Brigham City, Utah   84302

Invoice Date:  11/15/2021

N W R LTD PARTNERSHIP
3212 SOUTH STATE STREET
SALT LAKE CITY, UT 84115

POST AUDIT RECEIVED
NOVEMBER 12, 2021

Account #:   P0002096

| Description | | Amount due: | | $ 1,062,035.21 |
|---|---|---|---|---|

| *full market value:* | YEAR: | tax due: | paid | balance due: |
|---|---|---|---|---|
| *$16,860,269.* | 2021: | $ 176,796.91 | $        0.00 | $ 176,796.91 |
| *$18,624,473.* | 2020: | $ 203,828.63 | $        0.00 | $ 203,828.63 |
| *$19,785,493.* | 2019: | $ 226,484.47 | $      153.15 | $ 226,484.47 |
| *$20,996,203.* | 2018: | $ 247,910.07 | $ 28,403.40 | $ 219,506.67 |
| | | *(ATTACHED TO PARCEL  08-046-0002)* | | |
| *$22,869,684* | 2017: | $ 267,012.10 | $ 31,543.57 | $ 235,468.53 |

AMOUNT OF TAX FROM AUDIT                                    $1,062,035.21

INFORMATION SOURCE:     Utah State Tax Commission, Property Tax Division
BILLING DEPARTMENT:     Box Elder County Assessor's Office

Contact:
Mary Ann Packer, Clerk
435.734.3336

PROPERTY ADDRESS:
7950 WEST 24000 NORTH
PLYMOUTH, UTAH 84330

DUE BEFORE DECEMBER 17, 2021
Appeals may be made within 30 days of the billing date.