## Lindsay Hola

| | |
|---|---|
| **From:** | Wernick, Melissa F. <mwernick@csglaw.com> |
| **Sent:** | Thursday, March 23, 2023 12:12 PM |
| **To:** | Lindsay Hola |
| **Subject:** | USA v. Kingston et al, 2:18-cr-00365-JNP |
| **Attachments:** | OPGR Victim Submission.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Good afternoon,

Our office is counsel to OPGR Commodities, LLC, HK Petroleum, Ltd., and Patrick O'Brien, who are victims of Jacob Kingston, Isaiah Kingston, Washakie Renewable Energy and United Fuel Supply. We understand that Jacob Kingston's criminal sentencing has been set for April 7, 2023, and Isaiah Kingston's sentencing for April 6, 2023.

We have been in communication with probation and the government regarding our clients' victim status for many years. Attached is a letter previously submitted to probation, with copies to the government and all counsel. We would like the Court to formally consider our clients' request to be considered as victims of the Kingstons' criminal scheme at sentencing.

Kindly advise whether the Court will accept a letter submission as opposed to formal motion in connection with the request. I am happy to answer any questions the Court may have.



| | |
|---|---|
| | **MELISSA F. WERNICK**<br>Member<br>Chiesa Shahinian & Giantomasi PC<br><br>O 973.530.2157<br>F 973.530.2357<br>mwernick@csglaw.com<br>105 Eisenhower Parkway \| Roseland, NJ 07068<br><br>csglaw.com |

---

*Please Note: The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*

Thank you.

---

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.