**SCOTT C. WILLIAMS #6687**
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700
scwlegal@gmail.com

Attorney for Defendant

---

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NOTICE OF DEFENDANT ISAIAH ELDEN KINGSTON JOINDER WITH DEFENDANT JACOB O. KINGSTON'S MEMORANDUM IN OPPOSITION RE: MOTION FOR VICTIM'S RIGHTS** |
| Plaintiff, | |
| v. | |
| **ISAIAH ELDEN KINGSTON,** | **Case No. 2:18-cr-00365-JNP** |
| Defendant. | **Honorable Judge Jill N. Parish** |

Isaiah Elden Kingston, by and through counsel, Scott C. Williams, hereby provides notice of his joinder in co-defendant Jacob O. Kingston's Memorandum in Opposition re: Motion for Victim's Rights (filed with this Court on April 4, 2023) pursuant to Docket Text Entry 1419.

Respectfully submitted this 5th day of April 2023.

*/s/ Scott C. Williams*
SCOTT C. WILLIAMS
*Attorney for Defendant*

1