Garrett W. Messerly (Utah SBN 15678)
GREENBERG TRAURIG LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: 801.478.6900
garrett.messerly@gtlaw.com

Benjamin G. Greenberg (*Pro Hac Vice Forthcoming*)*
GREENBERG TRAURIG LLP
333 S.E. 2nd Avenue
Miami, FL  33131
Telephone: 305.579.0850
greenbergb@gtlaw.com
*Admitted to Practice Law in the State of Florida*

*Attorneys for LifeTree Trading Pte.*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB ORTELL KINGSTON, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE that Garrett W. Messerly of the law firm Greenberg Traurig, LLP hereby enters an appearance of counsel on behalf of LifeTree Trading Pte. and requests that he receive notice of all pleadings and correspondence.

DATED: January 9, 2026  GREENBERG TRAURIG, LLP

/s/ *Garrett W. Messerly*
Garrett W. Messerly
Benjamin G. Greenberg (*Pro Hac Vice Forthcoming*)

*Attorneys for LifeTree Trading Pte. 1*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which serves all counsel of record in the case.

/s/ *Suzanne Williams*