IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB KINGSTON, ISAIAH KINGSTON, LEV DERMEN, RACHEL KINGSTON, and SALLY KINGSTON,<br><br>Defendants.<br><br>ZUBAIR KAZI,<br><br>Third-Party Petitioner. | ORDER GRANTING MOTION FOR AN ORDER FOR THIRD-PARTY PETITIONER ZUBAIR KAZI TO SHOW CAUSE<br><br>Case No. 2:18-cr-00365-JNP<br><br>District Judge Jill N. Parrish |

Before the court is the government's motion for an order to show cause why third-party petitioner Zubair Kazi should not be held in contempt for violating the court's August 23, 2018 restraining order, which required Kazi to make payments on a loan to a forfeiture fund controlled by the government. ECF No. 1811. Kazi did not respond to the motion.

The court GRANTS the motion for an order to show cause. Kazi shall show cause in writing by April 2, 2026, why he should not be found in contempt of the restraining order by failing to make monthly payments as required by the promissory note. The government may file a reply by April 10, 2026. The court will schedule a hearing on the order to show cause after it has been briefed.

DATED March 17, 2026.

BY THE COURT

Jill N. Parrish
United States District Court Judge