UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ORTELL KINGSTON, et al.,<br><br>Defendants. | **SECOND FINAL ORDER OF FORFEITURE REGARDING CERTAIN PROPERTY**<br><br>Case No. 2:18-cr-00365-JNP<br><br>Chief Judge Jill N. Parrish |

Based on the United States' Motion for a Final Order of Forfeiture, and good cause appearing, the Court GRANTS the motion, and FINDS:

In compliance with 21 U.S.C. § 853(n)(1) and FED. R. CRIM. P. 32.2(b)(6)(A), the government has provided notice of three preliminary orders of forfeiture as reflected in several compliance notices:

- ECF 1586 (noticing for March 24, 2023 Preliminary Order of Forfeiture);

- ECF 1786 (additional noticing for March 24, 2023 Preliminary Order of Forfeiture and noticing for October 24, 2024 Amended Preliminary Order of Forfeiture);

- ECF 1796 (additional noticing for March 24, 2023 Preliminary Order of Forfeiture);

- ECF 1797 (additional noticing for October 24, 2024 Amended Preliminary Order of Forfeiture);

- ECF 1812 (noticing for July 15, 2025 Amended Preliminary Order of Forfeiture); and

- ECF 1817 (additional noticing for March 24, 2023 Preliminary Order of Forfeiture).

1

The United States published notice of these forfeiture orders on an official government internet website for at least 30 consecutive days. *See* ECF 1586 (for the March 24, 2023 Preliminary Order of Forfeiture beginning on May 6, 2023); 1797 (for the October 24, 2024 Amended Preliminary Order of Forfeiture beginning on June 29, 2025); and 1812 (for the July 15, 2025 Amended Preliminary Order of Forfeiture beginning on August 2, 2025).

The United States also sent direct notice to any person or entity with standing who reasonably appeared to be a potential claimant to the property ordered forfeit in the preliminary orders of forfeiture. ECF 1586, 1786, 1796, 1797, 1812 and 1817. As relevant for this order, such persons or entities sent direct notice included:

a. Mobstar Shares:

   i. Brendan Morrissey was noticed on June 11, 2025, and had until July 11, 2025, to file a petition. ECF 1786 at 3-8.

b. Beck's Sanitation Shares:

   i. Joseph O. Kingston was noticed on March 30, 2023, and had until April 3, 2023, to file a petition. ECF 1586 at 4.

   ii. Washakie Renewable Energy, LLC was noticed on July 1, 2025, and had until July 31, 2025, to file a petition. ECF 1817 at 34.

c. Bankruptcy Proceeds:

   i. R. Todd Nielsen c/o Peter J. Mastan, Esq., Dismore & Shohl LLP, and SBK Holdings USA were noticed on April 6, 2023, and had until May 6, 2023, to file a petition. ECF 1586 at 173 and 209.

d. *Queen Anne* Yacht Proceeds:

    i. Although unsuccessful, the United States made reasonable efforts to provide direct notice to Alea Marine Ltd. ECF 1796. Reasonable efforts are sufficient. Fed. R. Crim. P. 32.2(b)(6)(D) and Supp. R. Fed. R. Civ. P. G(4)(b)(iii)(A) ("notice must be sent by means reasonably calculated to reach the potential claimant").

e. Biofarma:

    i. Direct notice was not required because the United States did not identify any potential third-party petitioners with standing to contest the forfeiture. Notice was published from August 2, 2025, through August 31, 2025. Potential claimants had until October 1, 2025, to file a petition. ECF 1812.

f. Isanne:

    i. Direct notice was not required because the United States did not identify any potential third-party petitioners with standing to contest the forfeiture. Notice was published from August 2, 2025, through August 31, 2025. Potential claimants had until October 1, 2025, to file a petition. ECF 1812.

g. Bombardier Jet Proceeds:

    i. SBK Holdings, AS was noticed on June 27, 2025, and had until July 27, 2025, to file a petition. ECF 1797 at 3, 8, 15.

h. Margate Property:

    i. SBK Holdings USA, Inc. (a California corporation), Pelican Holdings LLC, Title365.com, Los Angeles County Tax Collector, and any and all

tenants were given notice on March 30, 2023, and had until April 29, 2023, to file a petition. ECF 1586 at 105, 148, 176, 206.

ii.  Jeffrey Hoefflin 401K Profit Sharing Plan, Nadel & Associates Profit Sharing Plan were noticed on April 6, 2023, and had until May 6, 2023, to file a petition. ECF 1586 at 81, 131.

iii.  Sarkis Sam Papazyan initially received notice of the forfeiture on May 16, 2023 when the preliminary order was posted on the property at 14027 Margate Street, Sherman Oaks, CA 91401. ECF 1586 at 11. The United States also sent him a notice letter on March 20, 2026, and he had until April 19, 2026, to file a petition. ECF 1817 at 3-4, 29-33.

The defendants have not sought a stay of the forfeiture pursuant to FED. R. CRIM. P. 32.2(d) after any appeal of the judgment or the preliminary order of forfeiture.

Pursuant to FED. R. CRIM. P. 32.2(c)(2), the defendants had an interest in the Subject Property that is forfeitable under 18 U.S.C. § 981(a)(1)(C) (applicable to criminal forfeitures under 28 U.S.C. § 2461(c)) and 18 U.S.C. § 982(a)(1), the applicable forfeiture statutes.

Accordingly, it is HEREBY ORDERED:

Pursuant to FED. R. CRIM. P. 32.2(c), 18 U.S.C. § 981(a)(1)(C) (applicable under 28 U.S.C. § 2461(c)) and 18 U.S.C. § 982(a)(1), all right, title, and interest in the assets listed in Exhibit A are finally forfeited to and vested in the United States of America.

Regarding the Margate Property, the interest of SBK Holdings USA, Inc. (SBK) in a February 1, 2016 Lease Agreement between SBK and Sarkis Sam Papazyan regarding that property is terminated. All right, title, and interest of SBK in the lease agreement is vested in the

United States. The United States' title to the Margate Property shall be subject to the February 1, 2016 Lease Agreement filed as Exhibit 1 with the motion in support of this order.

Except as otherwise provided in this order, any ownership interest in the property listed in Exhibit A of the persons and/or entities below and all other persons and entities, is now extinguished and terminated:

| Persons and/or Entities | |
|---|---|
| Alea Marine Ltd. | Pelican Holdings LLC |
| Brendan Morrissey, Esq. | R. Todd Nielsen |
| Jeffrey Hoefflin 401K Profit Sharing Plan | SBK Holdings, AS |
| Joseph O. Kingston | SBK Holdings USA, Inc. (a California entity) |
| Los Angeles County Accessor | Title365.com |
| Nadel & Associates Profit Sharing Plan | Washakie Renewable Energy, LLC |
| Sarkis Sam Papazyan | All tenants of the Margate Property |

As provided in 21 U.S.C. § 853(n)(7), the United States of America has clear title to such property and may warrant good title to any subsequent purchaser or transferee.

The forfeited property shall be disposed of according to law and the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED May 26, 2026.

BY THE COURT:

_____
JILL N. PARRISH
Chief United States District Court Judge

EXHIBIT A

Property Forfeited to the United States of America

1. Jacob Kingston's 125 shares in Mobstar, LTD (Ireland) (including the $10,000 paid by B. Morrissey a purchase option price of the same);

2. $337,900.00 in proceeds obtained from the interlocutory sale (authorized by order at ECF 1389) of all of the share interests and other equity of Beck's Sanitation, Inc., a Utah corporation, that Washakie Renewable Energy, LLC (signatory Jacob Kingston) purchased around July 2015;

3. $924,214.89 in proceeds from the sale of the following properties and currently on deposit with the Clerk of Court for the District of Utah:

   a. 1901-1903 W. Magnolia Blvd, Burbank, California;
   b. 5761 S. Anderson Street, Vernon, California;
   c. 6507 Teesdale, Valley Glen, California;
   d. 160 E. Alondra Blvd, Carson, California; and
   e. 12026 Hoffman St., #302, Los Angeles, California.

4. $9,104,500.00 cash in lieu of the Motor Yacht *Queen Anne,* registered in the Cook Islands, No. 2732, IMO #9704958, Call Sign E5U3623, which was sold by interlocutory sale based upon this Court's order in Case No. 2:21-cr-140, ECF No. 19;

5. $10,700,000 in lieu of Biofarma, which was sold by interlocutory sale (ECF 1536) based upon this Court's order. ECF 1793.

6. $1,500,000 in lieu of Isanne SARL, which was sold by interlocutory sale (ECF 1585) based upon this Court's order. ECF 1793.

7. $250,000 paid to the United States in lieu of and from the sale of a Bombardier Global XRS jet, SN: 9356, on or about October 23, 2024, pursuant to a settlement agreement; and

8. Real property at 14027 Margate Street, Sherman Oaks, California, and legally described as:

   The land hereinafter referred to is situated in the City of Los Angeles, County of Los Angeles, State of CA, and is described as follows:
   Parcels A of Parcel Map LA No. 2009-3920, in the city of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 372, Pages 70 and 71 of Parcel Maps, in the Office of the County Recorder of said County.

   Except therefrom all oil, gas, minerals and other hydrocarbon substances, lying below a depth of 500 feet, without the right of surface entry.
   APN: 2247-018-032.