MELISSA HOLYOAK, First Assistant United States Attorney (9832)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH 0062368)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, #1800 | Salt Lake City, Utah 84111
(801) 524-5682 | richard.m.rolwing@usdoj.gov | travis.elder@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ORTELL KINGSTON, et al.,<br><br>Defendants. | MOTION TO ORDER CLERK OF THE COURT TO PAY FORFEITED FUNDS HELD IN ITS REGISTRY<br><br>Case No. 2:18-cr-00365-JNP<br><br>Judge Jill N. Parrish |

Consistent with its Second Final Order of Forfeiture, the United States of America moves the Court to order the Clerk of the Court to pay to the Internal Revenue Service-Criminal Investigations (IRS-CI) and/or the Treasury Executive Office for Asset Forfeiture (TEOAF) $924,214.89 that the Clerk of the Court is holding in its registry.

On May 26, 2026, the Court entered a Second Final Order of Forfeiture Regarding Certain Property (ECF 1825) forfeiting various properties to the United States and ordering their disposal according to law including:

> $924,214.89 in proceeds from the sale of the following properties and currently on deposit with the Clerk of Court for the District of Utah:
> a. 1901-1903 W. Magnolia Blvd, Burbank, California;
> b. 5761 S. Anderson Street, Vernon, California;
> c. 6507 Teesdale, Valley Glen, California;
> d. 160 E. Alondra Blvd, Carson, California; and
> e. 12026 Hoffman St., #302, Los Angeles, California.

A representative for the Clerk of the Court has advised the U.S. Attorney's Office that to pay out funds from its registry, it needs a court order that orders the Clerk of the Court to pay funds held in its registry and to direct where those funds must be paid.

Consistent with the Final Order of Forfeiture, the United States requests that the Court order the Clerk of the Court to pay $924,214.89 from its registry to IRS-CI and/or TEOAF pursuant to payment instructions that shall be arranged between them separately.

WHEREFORE, the United States requests that this Court enter the enclosed order.

Respectfully submitted,

MELISSA HOLYOAK
United States Attorney

*/s/ Travis K. Elder*
TRAVIS K. ELDER
Assistant U.S. Attorney