UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACOB ORTELL KINGSTON, et al.,<br>Defendants. | **ORDER**<br>Case No. 2:18-cr-00365-JNP<br>Chief Judge Jill N. Parrish |

Before the court is the government's Motion to Order Clerk of the Court to Pay Forfeited Funds Held in Its Registry. ECF No. 1827. The motion is GRANTED.

Consistent with the Second Final Order of Forfeiture Regarding Certain Property, ECF No. 1825, the court ORDERS the Clerk of the Court for the District of Utah to pay $924,214.89 from its registry to the Internal Revenue Service-Criminal Investigations and/or the Treasury Executive Office for Asset Forfeiture pursuant to payment instructions that shall be arranged between them separately.

SO ORDERED July 6, 2026.

BY THE COURT:

Jill N. Parrish

JILL N. PARRISH
Chief United States District Court Judge