MELISSA HOLYOAK, United States Attorney (9832)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH 0062368)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, #1800 | Salt Lake City, Utah 84111
(801) 524-5682 | richard.m.rolwing@usdoj.gov | travis.elder@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACOB ORTELL KINGSTON, et al.,<br>Defendants. | MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE TO REMOVE CERTAIN PROPERTIES<br>Case No. 2:18-cr-00365-JNP<br>Judge Jill N. Parrish |

Pursuant to FED. R. CRIM. P. 32.2(c), the United States of America moves the Court to amend the preliminary order of forfeiture to remove certain property from that order.

1. On March 24, 2023, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1) & (b)(1), and 28 U.S.C. § 2461(c), 21 U.S.C. § 853(p), the Court entered a Preliminary Order of Forfeiture (POF) forfeiting numerous properties to the United States. ECF 1397.

2. The POF included the following Subject Properties:

- The assets related to the physical plant that was once known as Washakie Renewable Energy, LLC, located at 8100 W 24000 N, Plymouth, Utah:
  (1) The biodiesel production plant and all equipment contained or affixed therein;
  (2) The crush plant, the warehouse, and all equipment contained or affixed therein
  (3) The liquid storage tank farm; and
  (4) The rail line; and
  (5) all profits derived from lease payments paid or owed for, and that is attributable to, the use of the (i) biodiesel production plant and all equipment contained or affixed therein; (ii) the crush plant, the warehouse, and all the equipment contained or affixed therein; (iii) the liquid storage tank farm; and (iv) the rail line (Plant Property);

- 1415 W. Crystal Ave., West Valley City, UT 84119;
- 1401 W. Crystal Ave., West Valley City, UT 84119;
- 1516 W. Culpepper Cir., Taylorsville, UT 84123;
- 2338 S. 1360 W. Salt Lake City, UT 84119;
- Deep Creek Ranch Ibapah, UT 84034 (Tax IDs: 07-097-0-0003 and 07-097-0-0004);
- 4271 S. 1300 E., Salt Lake City, UT 84124;
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #07-090-0002);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0004);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0019);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0020);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0025);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0026);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0027);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0028);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-042-0018);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-045-0005);
- Box Elder County, Utah APN: 08-044-0004;
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel#08-052-0008);
- 22555 N. Frontage Rd. Portage, UT 84331;
- Box Elder County, Utah APN: 08-052-0014;
- Box Elder County, Utah APN: 08-052-0006;
- Box Elder County, Utah APN: 08-052-0005;
- Box Elder County, Utah APN: 08-052-0004;
- 4400 S. 700 E., Salt Lake City, UT 84107;
- 4829 S. 3960 W., Taylorsville, UT 84129;
- 9243 Grand Teton Drive, West Jordan, UT, 84088;
- 1305 W. Main, Mesa, AZ 85201;
- 2973 W. Mackay Meadows Pl., Salt Lake City, UT 84119; and
- 3179 S. Village Pine Cove, West Valley City, UT 84128;

Item five of the Plant Property includes profits from certain lease payments. The lease payments include lease payments seized by the United States as follows: (1) $492,830.61 derived from a lease between Big West Oil and US Tank and Rail;[1] and (2) $51,750 derived from a lease between True North Organics and N.W.R. Limited Partnership[2] (collectively Seized Lease

[1] On April 23, 2020, the Court issued a Post-Indictment Restraining Order Pursuant to 21 U.S.C. § 853(e)(1)(A) (ECF 958). This order restrained all lease payments owed to US Tank and Rail, LLC by Big West Oil LLC representing the lease payments Big West Oil owed to US Tank and Rail to lease the Plymouth Plant fuel storage containers at 7550 West 24000 North Plymouth, Utah. Pursuant to that order, the United States restrained and is currently holding $492,830.61 obtained from Big West Oil LLC related to the lease.

[2] On April 23, 2020, the Court issued a Post-Indictment Restraining Order Pursuant to 21 U.S.C. § 853(e)(1)(A) (ECF 959). This order required True North of Utah, LLC or DBA True North Organics to transfer payments related

Payments). The Seized Lease Payments are not included in the Subject Properties and will remain an asset subject to the Preliminary Order of Forfeiture. The proposed order makes this clear.

3. On April 26, 2023, various petitioners each filed petitions claiming interests in certain residential properties subject to the POF:

| Petitioner | Property Claimed | ECF |
|---|---|---|
| Naura Gustafson | 8228 S 2700 W, West Jordan, Utah | 1446 |
| Nichole Peterson | 2973 W. Mackay Meadows Pl., Salt Lake City, UT | 1449 |
| Heather Larsen | 4829 S. 3960 W., Taylorsville, UT 84129 | 1450 |
| Ruth Davis | 3179 S. Village Pine Cove, West Valley City, UT | 1454 |
| Kent Johnson | 9243 Grand Teton Drive, West Jordan, UT | 1451 |
| Jolene Andrews | 4271 S 1300 E, Millcreek, Utah | 1452 |
| Jeremy Andrews | 4271 S 1300 E, Millcreek, Utah | 1453 |
| Amanda Penrose | 7504 S 2200 W, West Jordan, Utah | 1455 |

(collectively the "Residential Petitioners"). On January 8, 2026, the United States and the Residential Petitioners agreed that the United States would not seek forfeiture of their property interests.

4. On various dates, several business entities also filed petitions to claim interests in various properties subject to the POF, some of which overlapped with property claimed by the Residential Petitioners:

| Petitioner | Property Claimed | ECF |
|---|---|---|
| ABM, Inc. | Deep Creek Ranch, Ibapah, UT 84034 (Tax IDs: 07-097-0-0003 and 07-097-0-0004) | 1611<br>1468 |
| Alliance Investments, LLC | 2973 W. Mackay Meadows Pl., Salt Lake City, UT 84119<br>1305 W. Main, Mesa, AZ 85201<br>3179 S. Village Pine Cove, West Valley City, UT 84128 | 1596<br>1478 |
| Safeco Investments, Inc. | 4400 S. 700 E., Salt Lake City, UT 84107 | 1594 |

to a lease between it and N.W.R. Limited Partnership involving a warehouse at the Plant Property. In compliance with the order, True North Organics transferred a total of $51,750 to the United States, which is currently being held by the United States.

| | | |
|---|---|---|
| | 4829 S. 3960 W., Taylorsville, UT 84129<br>9243 Grand Teton Drive, West Jordan, UT, 84088 | 1480 |
| STARZ, LLC | 1305 W. Main, Mesa, AZ 85201 | 1728 |
| Rocky Mountain Eye Center LLC | 4400 S. 700 E., Salt Lake City, UT 84107 | 1642<br>1482 |
| Security Investment Corporation | ▪ 4271 S. 1300 E. Salt Lake City, UT 84124;<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #07-090-0002);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0004);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0019);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0020);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0025);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0026);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0027);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0028);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-042-0018);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-045-0005);<br>▪ Box Elder County, Utah APN: 08-044-0004;<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel#08-052-0008);<br>▪ 22555 N. Frontage Rd. Portage, UT 84331;<br>▪ Box Elder County, Utah APN: 08-052-0014;<br>▪ Box Elder County, Utah APN: 08-052-0006;<br>▪ Box Elder County, Utah APN: 08-052-0005;<br>▪ Box Elder County, Utah APN: 08-052-0004 | 1592<br>1469 |
| M.S.C., Inc. | 2338 S. 1360 W. Salt Lake City, UT 84119<br>Deep Creek Ranch, Ibapah, UT 84034 (Tax IDs: 07-097-0-0003 and 07-097-0-0004) | 1606<br>1442 |
| N.P.M.C., Inc. | 1516 W. Culpepper Cir., Taylorsville, UT 84123 | 1608<br>1444 |
| Latter Day Church of Christ | 1415 W. Crystal Ave., West Valley City, UT 84119<br>1401 W. Crystal Ave., West Valley City, UT 84119 | 1607<br>1438 |

5. On various dates, various entities filed petitions claiming various interest in the Plant Property including:

| Petitioner | ECF |
|---|---|
| N.W.R. Limited Partnership | 1655<br>1589<br>1432 |
| ABM, Inc. | 1612<br>1488 |
| Alliance Investments, LLC | 1595<br>1486 |
| Safeco Investments, Inc. | 1593<br>1487 |
| US Tank & Rail LLC | 1473 |
| Fidelity Funding Company | 1602<br>1485 |
| American Chemical LLC | 1475 |
| LifeTree Trading, Pte., Ltd. | 1590 |

6. On November 17, 2023, the Court entered a scheduling order for the United States and the petitioners to engage in discovery. ECF 1646. On May 2, 2024, the Court extended the discovery scheduling order. ECF 1711. The Court extended the scheduling order a second time on December 10, 2024. ECF 1755. On April 14, 2025, the Court stayed the discovery schedule for six months. ECF 1782.

7. Since it has engaged the petitioners identified in this motion in discovery regarding their various interests, the United States has determined that the Subject Properties should be removed from the POF. Accordingly, the enclosed order provides for the removal of the Subject Properties from the POF, termination of the forfeiture of those properties, removal of lis pendens, termination of a related restraining order, the denial of the petitions identified in this motion as moot, the parties to bear their own attorneys' fees and costs, and to hold one another harmless.

8. The United States has contacted the various petitioners regarding the Seized Lease Payments and the only petitioner that will continue to maintain a petition as to that asset is

LifeTree Trading, Pte., Ltd.[3] Accordingly, except for the portion of LifeTree's petition related to the Seized Lease Payments, the order provides that the petitions of petitioners are denied as moot.

9. The Petitioners have advised the United States through their respective counsel that they have no objection to this motion or the entry of the proposed order.

WHEREFORE, the United States requests that this Court enter the enclosed order.

Respectfully submitted,

MELISSA HOLYOAK
United States Attorney

*__/s/ Travis K. Elder__*
TRAVIS K. ELDER
Assistant U.S. Attorney

[3] On April 17, 2026, the United States filed a motion to dismiss LifeTree's petition. ECF 1816. The United States maintains that LifeTree's petition related to the Seized Lease Payments continues to be subject to dismissal under that motion.