UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACOB ORTELL KINGSTON, et al.,<br>Defendants. | **ORDER AMENDING PRELIMINARY ORDER OF FORFEITURE TO REMOVE CERTAIN PROPERTY**<br>Case No. 2:18-cr-00365-JNP<br>Chief Judge Jill N. Parrish |

Before the Court is the government's Amended Motion to Amend Preliminary Order of Forfeiture to Remove Certain Properties. (ECF 1837.) The petitioners do not object to the motion. The motion is GRANTED.

IT IS HEREBY ORDERED:

The following Subject Properties, within one exception noted below, are removed from the Court's Preliminary Order of Forfeiture (ECF 1397) and are no longer subject to forfeiture in this case:

- The assets related to the physical plant that was once known as Washakie Renewable Energy, LLC, located at 8100 W 24000 N, Plymouth, Utah:
  (1) The biodiesel production plant and all equipment contained or affixed therein;
  (2) The crush plant, the warehouse, and all equipment contained or affixed therein
  (3) The liquid storage tank farm; and
  (4) The rail line; and
  (5) all profits derived from lease payments paid or owed for, and that is attributable to, the use of the (i) biodiesel production plant and all equipment contained or affixed therein; (ii) the crush plant, the warehouse, and all the equipment contained or affixed therein; (iii) the liquid storage tank farm; and (iv) the rail line (Plant Property);
- 1415 W. Crystal Ave., West Valley City, UT 84119;
- 1401 W. Crystal Ave., West Valley City, UT 84119;
- 1516 W. Culpepper Cir., Taylorsville, UT 84123;

- 2338 S. 1360 W. Salt Lake City, UT 84119;
- Deep Creek Ranch Ibapah, UT 84034 (Tax IDs: 07-097-0-0003 and 07-097-0-0004);
- 4271 S. 1300 E., Salt Lake City, UT 84124;
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #07-090-0002);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0004);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0019);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0020);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0025);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0026);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0027);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0028);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-042-0018);
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-045-0005);
- Box Elder County, Utah APN: 08-044-0004;
- 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel#08-052-0008);
- 22555 N. Frontage Rd. Portage, UT 84331;
- Box Elder County, Utah APN: 08-052-0014;
- Box Elder County, Utah APN: 08-052-0006;
- Box Elder County, Utah APN: 08-052-0005;
- Box Elder County, Utah APN: 08-052-0004;
- 4400 S. 700 E., Salt Lake City, UT 84107;
- 4829 S. 3960 W., Taylorsville, UT 84129;
- 9243 Grand Teton Drive, West Jordan, UT, 84088;
- 1305 W. Main, Mesa, AZ 85201;
- 2973 W. Mackay Meadows Pl., Salt Lake City, UT 84119;
- 3179 S. Village Pine Cove, West Valley City, UT 84128;
- 8228 S 2700 W, West Jordan, Utah; and
- 7504 S 2200 W, West Jordan, Utah.

Item five of the Plant Property includes profits from lease payments. The lease payments include lease payments seized by the United States as follows: (1) $492,830.61 derived from a lease between Big West Oil and US Tank and Rail;[1] and (2) $51,750 derived from a lease between

[1] On April 23, 2020, the Court issued a Post-Indictment Restraining Order Pursuant to 21 U.S.C. § 853(e)(1)(A) (ECF 958). This order restrained all lease payments owed to US Tank and Rail, LLC by Big West Oil LLC representing the lease payments Big West Oil owed to US Tank and Rail to lease the Plymouth Plant fuel storage containers at 7550 West 24000 North Plymouth, Utah. Pursuant to that order, the United States restrained and is currently holding $492,830.61 obtained from Big West Oil LLC related to the lease.

True North Organics and N.W.R. Limited Partnership[2] (collectively Seized Lease Payments). The Seized Lease Payments are not included in the Subject Properties and will remain an asset subject to the Preliminary Order of Forfeiture.

The following petitions are denied as moot:

| Petitioner | Property Claimed | ECF |
|---|---|---|
| Naura Gustafson | 8228 S 2700 W, West Jordan, Utah | 1446 |
| Nichole Peterson | 2973 W. Mackay Meadows Pl., Salt Lake City, UT | 1449 |
| Heather Larsen | 4829 S. 3960 W., Taylorsville, UT 84129 | 1450 |
| Ruth Davis | 3179 S. Village Pine Cove, West Valley City, UT | 1454 |
| Kent Johnson | 9243 Grand Teton Drive, West Jordan, UT | 1451 |
| Jolene Andrews | 4271 S 1300 E, Millcreek, Utah | 1452 |
| Jeremy Andrews | 4271 S 1300 E, Millcreek, Utah | 1453 |
| Amanda Penrose | 7504 S 2200 W, West Jordan, Utah | 1455 |
| ABM, Inc. | Deep Creek Ranch, Ibapah, UT 84034 (Tax IDs: 07-097-0-0003 and 07-097-0-0004)<br>Plant Property | 1611<br>1468<br>1612<br>1488 |
| Alliance Investments, LLC | 2973 W. Mackay Meadows Pl., Salt Lake City, UT 84119<br>1305 W. Main, Mesa, AZ 85201<br>3179 S. Village Pine Cove, West Valley City, UT 84128<br>Plant Property | 1596<br>1478<br>1595<br>1486 |
| Safeco Investments, Inc. | 4400 S. 700 E., Salt Lake City, UT 84107<br>4829 S. 3960 W., Taylorsville, UT 84129<br>9243 Grand Teton Drive, West Jordan, UT, 84088<br>Plant Property | 1594<br>1480<br>1593<br>1487 |
| STARZ, LLC | 1305 W. Main, Mesa, AZ 85201 | 1728 |
| Rocky Mountain Eye Center LLC | 4400 S. 700 E., Salt Lake City, UT 84107 | 1642<br>1482 |
| Security Investment Corporation | ▪ 4271 S. 1300 E. Salt Lake City, UT 84124;<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #07-090-0002); | 1592<br>1469 |

[2] On April 23, 2020, the Court issued a Post-Indictment Restraining Order Pursuant to 21 U.S.C. § 853(e)(1)(A) (ECF 959). This order required True North of Utah, LLC or DBA True North Organics to transfer payments related to a lease between it and N.W.R. Limited Partnership involving a warehouse at the Plant Property. In compliance with the order, True North Organics transferred a total of $51,750 to the United States, which is currently being held by the United States.

| | | |
|---|---|---|
| | ▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0004);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0019);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0020);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0025);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0026);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0027);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-041-0028);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-042-0018);<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel #08-045-0005);<br>▪ Box Elder County, Utah APN: 08-044-0004;<br>▪ 24050 N. 600 W. Plymouth UT 84330 (Box Elder County UT Parcel#08-052-0008);<br>▪ 22555 N. Frontage Rd. Portage, UT 84331;<br>▪ Box Elder County, Utah APN: 08-052-0014;<br>▪ Box Elder County, Utah APN: 08-052-0006;<br>▪ Box Elder County, Utah APN: 08-052-0005;<br>▪ Box Elder County, Utah APN: 08-052-0004 | |
| M.S.C., Inc. | 2338 S. 1360 W. Salt Lake City, UT 84119<br>Deep Creek Ranch, Ibapah, UT 84034 (Tax IDs: 07-097-0-0003 and 07-097-0-0004) | 1606<br>1442 |
| N.P.M.C., Inc. | 1516 W. Culpepper Cir., Taylorsville, UT 84123 | 1608<br>1444 |
| Latter Day Church of Christ | 1415 W. Crystal Ave., West Valley City, UT 84119<br>1401 W. Crystal Ave., West Valley City, UT 84119 | 1607<br>1438 |
| N.W.R. Limited Partnership | Plant Property | 1655<br>1589<br>1432 |
| US Tank & Rail, LLC | Plant Property | 1473 |
| Fidelity Funding Company | Plant Property | 1602<br>1485 |
| American Chemical | Plant Property | 1475 |

The portion of petitioner LifeTree Trading, Pte., Ltd.'s petition (ECF 1590) claiming an interest in the plant shall be denied as moot. The portion of LifeTree Trading, Pte., Ltd.'s petition claiming an interest in the Seized Lease Payments shall continue to be maintained by LifeTree.

By this order, the United States' forfeiture claims to the Subject Properties are withdrawn and it is relinquishing any and all rights, claims, or interests it may have or could assert in the Subject Properties and in any liens, mortgages, deeds of trust, security interests, or other encumbrances related to those properties that arise from or related to the criminal case or the forfeiture proceedings. Further, the United States will not assert, directly or indirectly, in this or any future proceeding (including any administrative, civil, or bankruptcy proceeding), that any such lien, mortgage, or security interest held by any petitioner is subject to forfeiture, constitutes proceeds of the criminal activity alleged in the Indictment or Superseding Indictments, or is otherwise unenforceable because it is subject to forfeiture in this criminal case.

As a result, the United States shall withdraw any lis pendens filed against the Subject Properties.

The post-indictment restraining order related to the Plant Property (ECF 287) is terminated.

The government and the above-identified petitioners shall each bear their own costs and attorneys' fees in this matter.

SO ORDERED July 21, 2026.

BY THE COURT:

Jill N. Parrish

JILL N. PARRISH
Chief United States District Court Judge