MELISSA HOLYOAK, United States Attorney (9832)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH 0062368)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, #1800 | Salt Lake City, Utah 84111
(801) 524-5682 | richard.m.rolwing@usdoj.gov | travis.elder@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB ORTELL KINGSTON, et al.,<br><br>Defendants. | MOTION TO AMEND AMENDED PRELIMINARY ORDER OF FORFEITURE TO REMOVE CERTAIN PROPERTIES<br><br>Case No. 2:18-cr-00365-JNP<br><br>Judge Jill N. Parrish |

The United States of America moves the Court to amend its Amended Preliminary Order of Forfeiture to Remove Certain Properties (ECF 1839).

The Court entered this order pursuant to the motion of the United States, which indicated that all parties to the motion including all involved petitioners impacted by the motion had agreed to the proposed order. Am. Mot. ¶¶ 8-9, ECF 1837.

The proposed order included reciprocal hold harmless provisions. Proposed Order 5-6, ECF 1837-1. For many months, the parties have been engaged in negotiations to try and resolve this matter. The hold harmless provision was part of those discussions. To streamline the matter, especially given the environmental concerns with the plant, the United States filed the preliminary order amendment motion and included the hold harmless provision in the order as already contemplated by the parties.

The United States acknowledges that this type of provision is unusual for such an order. However, given it would have taken much longer to resolve this matter otherwise and the agreement of the parties to the provision, the United States requests that the court include it in the order.

Accordingly, the United States requests that the Court entered the enclosed order[1] amending the Amended Preliminary Order of Forfeiture to Remove Certain Properties (ECF 1839).

Respectfully submitted,

MELISSA HOLYOAK
United States Attorney

*/s/ Travis K. Elder*
TRAVIS K. ELDER
Assistant U.S. Attorney

[1] The enclosed proposed amended order is identical to the previously filed order (ECF 1837-1), except it contains a minor edit in the second to last paragraph that changes "The United States agrees . . . ." to "The United States shall . . . ."