# EXHIBIT 1

# KAZI LOAN CALCULATION

| | |
|---|---|
| **Principal Amount:** | $11,226,211 |
| **Annual Interest Rate:** | 3.50% |
| **Due Date:** | 12/15/2019 |
| **Total Payments Made:** | **$3,330,000.00** |
| **Total Interest Accrued:** | **$1,449,392.50** |
| **Balance Due at December 15, 2019:** | **$9,345,603.71** |

| Date | Description | Days in Period | Interest Accrued (Period) | Cumulative Interest | Payment Amount | Payment Applied to Interest | Payment Applied to Principal | Principal Balance | Total Balance Due (Princ. + Int.) |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/2013 | **Beginning Balance — $11,226,211.21 Principal** | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,226,211.21 | $11,226,211.21 |
| 06/04/2014 | Payment — Transfer to Noil Energy | 348 | $0.00 | $0.00 | $1,000,000.00 | $0.00 | $1,000,000.00 | $10,226,211.21 | $10,226,211.21 |
| 02/02/2015 | **NOTE INCEPTION — Interest begins accruing at 3.5%** | 243 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,226,211.21 | $10,226,211.21 |
| 02/20/2015 | Payment — Monthly interest (Feb 2015) | 18 | $17,650.72 | $0.00 | $210,000.00 | $17,650.72 | $192,349.28 | $10,033,861.93 | $10,033,861.93 |
| 03/16/2015 | Payment — Wire to Pillar Law Trust (Mar 2015) | 24 | $23,091.63 | $0.00 | $70,000.00 | $23,091.63 | $46,908.37 | $9,986,953.56 | $9,986,953.56 |
| 04/15/2015 | Payment — Wire to Pillar Law Trust (Apr 2015) | 30 | $28,729.59 | $0.00 | $70,000.00 | $28,729.59 | $41,270.41 | $9,945,683.15 | $9,945,683.15 |
| 04/23/2015 | Payment — Withdrawal to SBK Holdings | 8 | $7,629.57 | $0.00 | $1,000,000.00 | $7,629.57 | $992,370.43 | $8,953,312.72 | $8,953,312.72 |
| 05/19/2015 | Payment — Wire to Pillar Law Trust (May 2015) | 26 | $22,321.96 | $0.00 | $70,000.00 | $22,321.96 | $47,678.04 | $8,905,634.67 | $8,905,634.67 |
| 06/19/2015 | Payment — Wire to Pillar Law Trust (Jun 2015) | 31 | $26,472.91 | $0.00 | $70,000.00 | $26,472.91 | $43,527.09 | $8,862,107.59 | $8,862,107.59 |
| 07/21/2015 | Payment — Wire to Pillar Law Trust (Jul 2015) | 32 | $27,193.32 | $0.00 | $70,000.00 | $27,193.32 | $42,806.68 | $8,819,300.90 | $8,819,300.90 |
| 09/01/2015 | Payment — Wire to Pillar Law Trust (Sep 2015) | 42 | $35,518.83 | $0.00 | $70,000.00 | $35,518.83 | $34,481.17 | $8,784,819.73 | $8,784,819.73 |
| 10/02/2015 | Payment — Wire to Pillar Law Trust (Oct 2015) | 31 | $26,113.78 | $0.00 | $70,000.00 | $26,113.78 | $43,886.22 | $8,740,933.51 | $8,740,933.51 |
| 11/06/2015 | Payment — Wire to Pillar Law Trust (Nov 2015) | 35 | $29,336.01 | $0.00 | $70,000.00 | $29,336.01 | $40,663.99 | $8,700,269.52 | $8,700,269.52 |
| 12/09/2015 | Payment — Wire to Pillar Law Trust (Dec 2015) | 33 | $27,530.99 | $0.00 | $70,000.00 | $27,530.99 | $42,469.01 | $8,657,800.51 | $8,657,800.51 |
| 01/15/2016 | Payment — Wire to Pillar Law Trust (Jan 2016) | 37 | $30,717.40 | $0.00 | $70,000.00 | $30,717.40 | $39,282.60 | $8,618,517.91 | $8,618,517.91 |
| 02/12/2016 | Payment — Wire to Pillar Law Trust (Feb 2016) | 28 | $23,140.13 | $0.00 | $70,000.00 | $23,140.13 | $46,859.87 | $8,571,658.04 | $8,571,658.04 |
| 03/11/2016 | Payment — Wire to Pillar Law Trust (Mar 2016) | 28 | $23,014.31 | $0.00 | $70,000.00 | $23,014.31 | $46,985.69 | $8,524,672.36 | $8,524,672.36 |
| 04/13/2016 | Payment — Check to SBK/Pillar (Apr 2016) | 33 | $26,975.33 | $0.00 | $70,000.00 | $26,975.33 | $43,024.67 | $8,481,647.69 | $8,481,647.69 |
| 05/13/2016 | Payment — Check to SBK/Pillar (May 2016) | 30 | $24,399.26 | $0.00 | $70,000.00 | $24,399.26 | $45,600.74 | $8,436,046.95 | $8,436,046.95 |
| 06/07/2016 | Payment — Wire to Pillar Law Trust (Jun 2016) | 25 | $20,223.40 | $0.00 | $70,000.00 | $20,223.40 | $49,776.60 | $8,386,270.35 | $8,386,270.35 |
| 07/14/2016 | **Payment — Wire to Pillar Law Trust (Jul 2016) — LAST** | 37 | $29,754.03 | $0.00 | $70,000.00 | $29,754.03 | $40,245.97 | $8,346,024.38 | $8,346,024.38 |
| 07/31/2016 | Interest accrual — July 2016 | 17 | $13,605.16 | $13,605.16 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,359,629.54 |
| 08/31/2016 | Interest accrual — August 2016 | 31 | $24,809.41 | $38,414.58 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,384,438.96 |
| 09/30/2016 | Interest accrual — September 2016 | 30 | $24,009.11 | $62,423.69 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,408,448.07 |
| 10/31/2016 | Interest accrual — October 2016 | 31 | $24,809.41 | $87,233.10 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,433,257.48 |
| 11/30/2016 | Interest accrual — November 2016 | 30 | $24,009.11 | $111,242.22 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,457,266.59 |
| 12/31/2016 | Interest accrual — December 2016 | 31 | $24,809.41 | $136,051.63 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,482,076.01 |
| 01/31/2017 | Interest accrual — January 2017 | 31 | $24,809.41 | $160,861.05 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,506,885.42 |
| 02/28/2017 | Interest accrual — February 2017 | 28 | $22,408.50 | $183,269.55 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,529,293.93 |
| 03/31/2017 | Interest accrual — March 2017 | 31 | $24,809.41 | $208,078.96 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,554,103.34 |
| 04/30/2017 | Interest accrual — April 2017 | 30 | $24,009.11 | $232,088.08 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,578,112.45 |
| 05/31/2017 | Interest accrual — May 2017 | 31 | $24,809.41 | $256,897.49 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,602,921.87 |
| 06/30/2017 | Interest accrual — June 2017 | 30 | $24,009.11 | $280,906.60 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,626,930.98 |
| 07/31/2017 | Interest accrual — July 2017 | 31 | $24,809.41 | $305,716.02 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,651,740.40 |
| 08/31/2017 | Interest accrual — August 2017 | 31 | $24,809.41 | $330,525.43 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,676,549.81 |
| 09/30/2017 | Interest accrual — September 2017 | 30 | $24,009.11 | $354,534.54 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,700,558.92 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2017 | Interest accrual — October 2017 | 31 | $24,809.41 | $379,343.96 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,725,368.34 |
| 11/30/2017 | Interest accrual — November 2017 | 30 | $24,009.11 | $403,353.07 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,749,377.45 |
| 12/31/2017 | Interest accrual — December 2017 | 31 | $24,809.41 | $428,162.48 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,774,186.86 |
| 01/31/2018 | Interest accrual — January 2018 | 31 | $24,809.41 | $452,971.90 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,798,996.28 |
| 02/28/2018 | Interest accrual — February 2018 | 28 | $22,408.50 | $475,380.40 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,821,404.78 |
| 03/31/2018 | Interest accrual — March 2018 | 31 | $24,809.41 | $500,189.82 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,846,214.20 |
| 04/30/2018 | Interest accrual — April 2018 | 30 | $24,009.11 | $524,198.93 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,870,223.31 |
| 05/31/2018 | Interest accrual — May 2018 | 31 | $24,809.41 | $549,008.34 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,895,032.72 |
| 06/30/2018 | Interest accrual — June 2018 | 30 | $24,009.11 | $573,017.45 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,919,041.83 |
| 07/31/2018 | Interest accrual — July 2018 | 31 | $24,809.41 | $597,826.87 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,943,851.25 |
| 08/31/2018 | Interest accrual — August 2018 | 31 | $24,809.41 | $622,636.28 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,968,660.66 |
| 09/30/2018 | Interest accrual — September 2018 | 30 | $24,009.11 | $646,645.40 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $8,992,669.78 |
| 10/31/2018 | Interest accrual — October 2018 | 31 | $24,809.41 | $671,454.81 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,017,479.19 |
| 11/30/2018 | Interest accrual — November 2018 | 30 | $24,009.11 | $695,463.92 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,041,488.30 |
| 12/31/2018 | Interest accrual — December 2018 | 31 | $24,809.41 | $720,273.34 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,066,297.72 |
| 01/31/2019 | Interest accrual — January 2019 | 31 | $24,809.41 | $745,082.75 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,091,107.13 |
| 02/28/2019 | Interest accrual — February 2019 | 28 | $22,408.50 | $767,491.26 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,113,515.63 |
| 03/31/2019 | Interest accrual — March 2019 | 31 | $24,809.41 | $792,300.67 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,138,325.05 |
| 04/30/2019 | Interest accrual — April 2019 | 30 | $24,009.11 | $816,309.78 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,162,334.16 |
| 05/31/2019 | Interest accrual — May 2019 | 31 | $24,809.41 | $841,119.20 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,187,143.58 |
| 06/30/2019 | Interest accrual — June 2019 | 30 | $24,009.11 | $865,128.31 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,211,152.69 |
| 07/31/2019 | Interest accrual — July 2019 | 31 | $24,809.41 | $889,937.72 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,235,962.10 |
| 08/31/2019 | Interest accrual — August 2019 | 31 | $24,809.41 | $914,747.14 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,260,771.52 |
| 09/30/2019 | Interest accrual — September 2019 | 30 | $24,009.11 | $938,756.25 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,284,780.63 |
| 10/31/2019 | Interest accrual — October 2019 | 31 | $24,809.41 | $963,565.66 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,309,590.04 |
| 11/30/2019 | Interest accrual — November 2019 | 30 | $24,009.11 | $987,574.78 | $0.00 | $0.00 | $0.00 | $8,346,024.38 | $9,333,599.15 |
| **12/15/2019** | **DUE DATE** | **15** | **$12,004.56** | **$999,579.33** | **$0.00** | **$0.00** | **$0.00** | **$8,346,024.38** | **$9,345,603.71** |

**Notes:**

*1. Interest calculated using simple interest: Principal × 3.50% × (Days / 365).*

*2. Payments applied first to accrued unpaid interest, then to principal reduction.*

*3. The first three $70,000 payments (Dec 2014, Jan 2015, Feb 2015) were paid as a single $210,000 wire on 2/20/2015,*

*4. August 2015 has no documented payment — 19 periodic payments total.*

*5. The $1,000,000 payment on 6/4/2014 predates the note; applied to principal with no interest accrued.*

*6. Interest accrues from the Note Date (February 2, 2015) through the Due Date (December 15, 2019).*