MELISSA HOLYOAK, United States Attorney (9832)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH 0062368)
TRAVIS K. ELDER, Assistant Unite States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, #1800 | Salt Lake City, Utah 84111
(801) 524-5682 | travis.elder@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACOB ORTELL KINGSTON, et al.,<br>Defendants. | **SECOND REQUEST FOR DECISION ON MOTION TO DISMISS THIRD-PARTY PETITION OF ZHONG LUN LAW FIRM LLP (ECF 1605)**<br><br>Case No. 2:18-cr-00365-JNP<br><br>Chief Judge Jill N. Parrish |
| ZHONG LUN LAW FIRM LLP,<br>Petitioner. | |

On October 20, 2023, the United States moved to dismiss Zhong Lun Law Firm LLP's Petition (ECF 1558) claiming an interest in 13 Acres FM 511 @ FM, Brownsville, TX 78521, one of the properties ordered forfeit in the Preliminary Order of Forfeiture (ECF 1397). The United States sent notice to all third parties known to have a potential interest in the property including: (1) Client Holding Services, (2) United Fuel Supply, SA, (3) Zhong Lun Law Firm, (4) Scott C. Williams, (5) Bluesky Capital, and (6) Superior Loan Servicing. Notice of Publication, Direct Notice, and Post and Walk, ECF 1586 at 3, 5-6, 8. Other than Zhong Lun, no other potential petitioner has timely responded to the government's notice except for Bluesky Capital and Superior Loan Servicing. The United States recently finalized an agreement with these two parties who have agreed to the forfeiture and sale of the property pursuant to the terms of a settlement. Zhong Lun's petition is the only matter that is preventing the United States from

obtaining a final order of forfeiture and disposing of the property. Consequently, the United States requests that the court dismiss Zhong Lun's petition as requested in the unopposed motion, so the United States can proceed with obtaining a final order of forfeiture and then liquidating the property.

Respectfully submitted,

MELISSA HOLYOAK
United States Attorney

*/s/ Travis K. Elder*
Travis K. Elder
Assistant U.S. Attorney