**EXHIBIT A**

**Summary of Joint Claimants' Ownership Interests**

**Claimants**: Noil Holdings LLC, Noil USA, Inc., Noil LLC, GT Energy Companies, Inc., and George Termendzyan

**Properties claimed**: As identified in the forfeiture list filed as ECF # 1397-1, the claimed properties are real property described as asset "L(2)", with street address of 1605 Cactus Road, San Diego, California; real property described as asset "L(4)", with street address of 7004 Camino Maquiladora, San Diego, California; and the automobiles identified as asset "M", a 2010 Bugatti Veyron, with Vehicle Identification Number VF9SC2C23AM795205, and "N", a 2015 Lamborghini Aventador, with Vehicle Identification Number ZHWUR1ZD2FLA03759.

**Ownership claims**:

1. Noil USA, Inc., and GT Energy Compnaies, Inc., have a leasehold interest in the two parcels of real property and have substantial personal property used in their business operated on the real property (identified in the forfeiture order as a restaurant and gas station). The lease is long-term, continuing for at least ten years to and including the year 2036. The claim is supported by the lease documents and by the continuous compliance by claimants with the lease terms.

2. Noil LLC is the owner of the two automobiles, holding title to the vehicles and having exercised exclusive dominion and control. The claim is supported by the car title and ownership records for the vehicles, which show continuous, uninterrupted ownership of these vehicles, including for investment purposes.

3. Noil Holdings LLC is the owner of the real property, having acquired it in a fair market value transaction years before any criminal prosecution. The recorded deeds for the property confirm title ownership, and the history of leasing and profiting from the property confirm that the ownership has been consistent with efficient dominion and control of the property.

4. George Termendzyan, as owner and economic principal of the corporate entities, claims an equitable, constructive, and contingent interest in the relevant property in that he has made personal investment and through that dominion and control for the entities he owns and through his occupation of the real property, has made repairs and reconstruction efforts premised on his corporate ownership and management that create derivative interests as well as interests contingent on any alter

ego challenge to be made by the government. He would be individually injured by the forfeiture of his privately-owned company assets.

5. None of the criminal defendants has any interest in any of the properties. At all relevant times, the claimants interest were and are superior to any defendant's interest. At the same time, to the extent any defendant ever had any interest in any of the properties, the claimants' acquisition of the properties for fair market value long prior to any prosecution establishes their status as bona fide purchasers.