**From:** charles herman
**To:** Jacob Kingston
**Sent:** 7/23/2013 7:13:31 PM
**Subject:** 2010 Veyron carbon edition
**Attachments:** 2010 Veyron Carbon A Copy of Title.pdf

Jacob Ill will put an offer of 1.8mil. on your behalf to purchase 2010 Bugatti for Levon we will be purchasing the car from Super cars of Florida you will be paying them direct for the purchase price of the car. I will have them reassign Mso to my dealership so no sales tax will come into play and we will ship car to Las Vegas for you meeting with Levon and at that time after hes aware of the deal will transfer the car however you and him wish. Ive sent a copy of the mso also please let me know if you would like me to put the offer in and I need the dates for Vegas so I can have everything scheduled .

*Thanks Charlie*
*239-707-4416*

GOVERNMENT EXHIBIT
22-1
2:18-CR-00365 JNP
PENGAD 800-631-6989

# CERTIFICATE OF ORIGIN FOR A VEHICLE

## BUGATTI AUTOMOBILES S.A.S.

DATE
03/16/2010

INVOICE NO.
40200072

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
|---|---|---|
| VF9SC2C23AM795205 | 2010 | BUGATTI |

| BODY TYPE | SHIPPING WEIGHT |
|---|---|
| BUGATTI VEYRON 16.4 | 4250 |

| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|---|---|---|---|
| 1001 | 4850 | W16 | 5B |

COPY

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

BUGATTI SAINT-LOUIS
ONE ARNAGE BOULEVARD
SAINT-LOUIS, MO 63005
U.S.A.
TEL.: (+1) 636 449 0000
FAX: (+1) 636 898 6473

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

VOLKSWAGEN OF AMERICA, INC.

BY: [signature]
(SIGNATURE OF AUTHORIZED REPRESENTATIVE) (AGENT)

BA0000319

AUBURN HILLS, MI 48326, U.S.A.
CITY - STATE